**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Paulus, | No. CV-21-00347-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Wells Fargo Bank NA, et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that the parties' Stipulation for Dismissal as to Defendant Experian Information Solutions, Inc. (Doc. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Experian Information Solutions, Inc., is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own attorney fees and costs.

**IT IS FURTHER ORDERED** that in light of all Defendants being dismissed with prejudice, this case is **DISMISSED** with prejudice.

The Clerk of Court is directed to close the file in this action.

Dated this 25th day of February, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge